# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>IRENE GARCIA TAFOYA (1),<br><br>　　　　　　　Defendant. | Case No. 16CR0431-H<br><br>Booking No. 52076-298<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL |

　　　Based upon the oral motion of the United States, the Court grants the United States' oral motion to dismiss without prejudice the Indictment in the above entitled case against Defendant Irene Garcia Tafoya. Accordingly, the Indictment charging Defendant Irene Garcia Tafoya with Importation of Methamphetamine in violation of Title 21 U.S.C., Sections 952 and 960 is hereby DISMISSED without prejudice. The defendant is hereby discharged as to this case only.

　　　IT IS SO ORDERED AND ADJUDGED.

DATED: March 29, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE MARILYN L. HUFF
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-